UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TROY D. MAINWARING, | ) CV 13-01623-SH |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| C. WOFFORD, (A) Warden at Avenal State Prison, | ) |
| | ) |
| Respondent.[1] | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 8/19/13

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] On August 9, 2013, petitioner amended the Petition to name C. Wofford as the Respondent.