UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TROY D. MAINWARING,<br><br>    Petitioner,<br><br>  v.<br><br>C. WOFFORD, (A) Warden at Avenal State Prison,<br><br>    Respondent.[1] | ) CV 13-01623-SH<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 8/19/13

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

_____

[1] On August 9, 2013, petitioner amended the Petition to name C. Wofford as the Respondent.

1